| | | | |
|---|---|---|---|
| CitiMortgage, Inc. v. Eberly | 2236 MDA 2015<br>Affirmed | 09/22/2016 | CI–12–05202<br>(Lancaster) |
| Com. v. Thompson | 16 MDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 09/22/2016 | CP–22–CR–0002146–<br>2012<br>(Dauphin) |
| Com. v. Foose | 72 MDA 2016<br>Vacated and<br>Remanded | 09/22/2016 | CP–54–CR–0001822–<br>2009<br>(Schuylkill) |
| Com. v. Galbreath | 109 MDA 2016<br>Affirmed | 09/22/2016 | CP–28–CR–0001168–<br>2012<br>CP–28–CR–0001202–<br>2012<br>(Franklin) |
| Com. v. Daniels | 192 MDA 2016<br>Vacated and<br>Remanded | 09/22/2016 | CP–21–CR–0001420–<br>2013<br>CP–21–CR–0001430–<br>2013<br>(Cumberland) |
| Gunder v. Yost | 224 MDA 2016<br>Affirmed | 09/22/2016 | 2008–SU–5788–06<br>(York) |
| Com. v. Smith | 247 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/22/2016 | CP–36–CR–0003611–<br>2015<br>(Lancaster) |
| In the Interest of: J.E.R. | 511 MDA 2016<br>Affirmed | 09/22/2016 | 36–2015–1410<br>(Lancaster) |
| Com. v. Orr | 825 WDA 2015<br>Affirmed | 09/22/2016 | CP–26–CR–0001708–<br>2014<br>(Fayette) |
| Com. v. Householder | 1001 WDA 2015<br>Affirmed | 09/22/2016 | CP–65–CR–0004746–<br>2012<br>CP–65–CR–0004747–<br>2012<br>CP–65–CR–0004748–<br>2012<br>(Westmoreland) |
| Com. v. Howard | 1003 WDA 2015<br>Affirmed | 09/22/2016 | CP–25–CR–0001240–<br>2014<br>(Erie) |
| Com. v. Tyler | 1533 WDA 2015<br>Affirmed | 09/22/2016 | CP–02–CR–0007780–<br>2014<br>CP–02–CR–0012569–<br>2014<br>(Allegheny) |
| Com. v. McKinnon | 1696 WDA 2015<br>Affirmed | 09/22/2016 | CP–02–CR–0006835–<br>2012<br>(Allegheny) |
| Com. v. Gray | 1733 WDA 2015<br>Affirmed | 09/22/2016 | CP–62–CR–0000264–<br>2012<br>(Warren) |